[Cite as *Mullins v. Unknown*, 2011-Ohio-4378.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

| | |
|---|---|
| LORETTA MULLINS | Case No. 2011-04924-AD |
| Plaintiff | Deputy Clerk Daniel R. Borchert |
| v. | <u>ENTRY OF DISMISSAL</u> |
| UNKNOWN | |
| Defendant | |

{¶1}   On March 30, 2011, this court issued an entry dismissing City-Unknown as defendant and requiring plaintiff to file an amended complaint naming an appropriate defendant.  Plaintiff was also ordered to either pay the $25 filing fee or to file a poverty statement.  Plaintiff has failed to comply with the court orders.  Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1).  The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Loretta Mullins
1317 Oakwood Avenue
Columbus, Ohio  43206

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11